**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**December 17, 2020**

**Christopher M. Wolpert**
**Clerk of Court**

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

_____

UNITED STATES OF AMERICA,

   Plaintiff - Appellee,

v.

ROBERT TIMOTHY ALLEN,

   Defendant - Appellant.

No. 19-1380
(D.C. No. 1:16-CR-00169-MSK-GPG-1)
(D. Colo.)

_____

# JUDGMENT
_____

Before **BRISCOE**, **BALDOCK**, and **McHUGH**, Circuit Judges.
_____

This case originated in the District of Colorado and was submitted on the briefs at the direction of the court.

The judgment of that court is affirmed in part and vacated in part. The case is remanded to the United States District Court for the District of Colorado for further proceedings in accordance with the opinion of this court.

                                Entered for the Court

                                CHRISTOPHER M. WOLPERT, Clerk